RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/3/09
BY DD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RICHARD JAMES REDDING | CIVIL ACTION NO. 09-0398 |
| VERSUS | JUDGE ROBERT G. JAMES |
| RICHARD BRAZZEL, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 6] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's complaint is DISMISSED WITH PREJUDICE in accordance with the provisions of FRCP Rule 41(b).

MONROE, LOUISIANA, this 3 day of August, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE